UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MORGAN

                        Plaintiff,

        -against-                              19 Civ. 6936
                                                  ORDER

CHAIRISH, INC.

                        Defendant.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.


        The Court is in receipt of Defendant's letter dated November

13, 2019 notifying the Court that the parties have reached a

settlement in this action. (ECF No. 14.) The Court also notes that

this action was originally filed as a class action. (See ECF No.

2.)

        Accordingly, IT IS HEREBY ORDERED that the Parties inform the

Court, by Affidavit, whether the proposed settlement agreement

alters the legal rights of purported, unnamed class members. This

Affidavit shall be filed within 10 days of this Order.


SO ORDERED.

DATED:     November 14, 2019
           New York, New York



                                        _Deborah A. Batts_
                                         Deborah A. Batts
                                      United States District Judge